**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **ROBERT NEAL DENNIS,** ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:05-CV-2360-D |
| ) | |
| **SHERIFF BOB ALFORD and** ) | |
| **CAPTAIN NFN CRAIG,** ) | |
| Defendants. ) | |

**ORDER**

After conducting a *de novo* review, the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court.

Accordingly, it is ordered that plaintiff pay the $250.00 filing fee to the Clerk of this Court no later than January 23, 2006. If he fails to do so, this case will be dismissed pursuant to 28 U.S.C. § 1915(g).

SO ORDERED.

December 27, 2005.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE